**TRAYFORD v. N.C. PSYCHOLOGY BD.**

[360 N.C. 396 (2006)]

DAVID K. TRAYFORD, M.S., Petitioner v. NORTH CAROLINA PSYCHOLOGY
BOARD, Respondent

No. 649A05

(Filed 7 April 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 619 S.E.2d 862 (2005), reversing and remanding an order signed on 8 March 2004 by Judge Orlando F. Hudson, Jr. in Superior Court, Wake County. Heard in the Supreme Court 14 March 2006.

*Allen and Pinnix, P.A., by J. Heydt Philbeck and M. Jackson Nichols, for petitioner-appellee.*

*Roy Cooper, Attorney General, by Sondra C. Panico and Robert M. Curran, Assistant Attorneys General, for respondent-appellant.*

PER CURIAM.

AFFIRMED.